IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO.:  48-2008-CA-016343-O
DIVISION:  32

LYMARIE RODRIGUEZ, on Behalf of
Herself and All Others Similarly
Situated,

COMPLEX BUSINESS LITIGATION
COURT

     Plaintiff,

     vs.

TARRAGON CORPORATION,
TARRAGON DEVELOPMENT
CORPORATION, TARRAGON
DEVELOPMENT COMPANY LLC,
TARRAGON MANAGEMENT, INC.,
VISTA LAKES TARRAGON, LLC,
THE CONDO STORE, INC., NRT THE
CONDO STORE LLC, d/b/a/
COLDWELL BANKER THE CONDO
STORE, TARRAGON MORTGAGE
CAPITAL, LLC, CHOICE HOME
FINANCING, LLC, TERRABROOK
VISTA LAKES L.P., TERRABROOK
VISTA LAKES GP, L.L.C.,
NEWLAND COMMUNITIES, LLC,
and WESTERRA MANAGEMENT,
L.L.C.,

     Defendants.

_____/

## **JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

Pursuant to the Court's March 30, 2012 Order on Joint Response to Court Order

and Motion to Extend Stay, Lymarie Rodriguez ("Plaintiff") and defendants NRT the

Condo Store LLC, d/b/a/ Coldwell Banker the Condo Store ("Coldwell Banker") and Terrabrook Vista Lakes LP, Terrabrook Vista Lakes GP, LLC, and Newland Real Estate Group, LLC f/k/a Newland Communities, LLC (collectively, the "Terrabrook Defendants") (collectively, "Defendants") (collectively with Plaintiff, the "Parties"), hereby submit this Joint Status Report and state:

1.     On April 3, 2012, Plaintiff and the Terrabrook Defendants reached a settlement in principle to settle all of Plaintiff's claims against the Terrabrook Defendants in this action.  Since that time, Plaintiff and the Terrabrook Defendants have been working diligently to prepare the necessary papers in support of the settlement, which, when completed, will be submitted for the Court's consideration.

2.     In addition, Plaintiff and Coldwell Banker have voluntarily begun pursuing preliminary settlement discussions and are making progress.

3.     Due to Plaintiff's recent settlement with the Terrabrook Defendants as well as the ongoing, good-faith settlement discussions between Plaintiff and Coldwell Banker, the Parties do not believe it is productive to engage in substantive litigation in this case at this time and seek to extend the current stay of this action.

4.     Continuing the current stay will maximize judicial economy while permitting Plaintiff and the Terrabrook Defendants to focus on papering their settlement, and permitting Plaintiff and Coldwell Banker to continue exploring settlement.

5.      In the event Plaintiff and Coldwell Banker are able to reach a settlement in principle prior to expiration of the stay, the parties will notify the Court immediately by contacting chambers, and will work diligently to provide appropriate papers to the Court for consideration.

6.      If, upon expiration of the stay, Plaintiff and Coldwell Banker have not reached a settlement in principle, both parties agree to meet and confer within 10 days to discuss the matters required to file an Amended Joint Case Management Report.[1] The Parties will then file an Amended Joint Case Management Report within 14 days of the meet and confer.

7.      The relief requested herein will promote the efficient conduct and determination of this litigation, and will not prejudice any party to this action.

WHEREFORE, for the reasons set forth herein, the Parties respectfully request that the Court enter an Order staying the proceedings for an additional 60 days and directing the Parties to submit another joint status report upon expiration of that additional 60 days, and for such other and further relief as this Court deems just and proper.

---

[1] On March 25, 2009, the Parties filed a Joint Case Management Report pursuant to §6.3 of the Business Court Procedures ("BCP").

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

Pursuant to §5.3 BCP, on May 29, 2012 Kathleen L. Barber, Esq., counsel for Plaintiff, consulted with counsel for Defendants and all Parties agree to the relief sought herein.

By:  */s/ Robert J. Robbins*      
    ROBERT J. ROBBINS

**ROBBINS GELLER RUDMAN
   & DOWD LLP**
David J. George, Esq.
Florida Bar No. 0899570
Robert J. Robbins, Esq.
Florida Bar No. 0572233
Kathleen L. Barber, Esq.
Florida Bar No. 043240
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

**POWELL & PEARSON, LLP**
Karl E. Pearson, Esq.
Florida Bar No. 438669
Ronnie J. Bitman, Esq.
Florida Bar No. 0744891
399 Carolina Ave., Suite 100
Winter Park, FL  32789
Telephone:  407/647-5551
407/647-5553 (fax)

*Attorneys for Plaintiff and the Class*

By:  */s/ Suzanne E. Gilbert*     
    SUZANNE E. GILBERT

**HOLLAND & KNIGHT LLP**
Suzanne E. Gilbert, Esq.
Florida Bar No. 0094048
Robert L. Rogers, III, Esq.
Florida Bar No. 0694207
200 S. Orange Ave., Suite 2600
Orlando, FL  32802
Telephone:  407/425-8500
407/244-5288 (fax)

**WICKER, SMITH, O'HARA,
   McCOY & FORD, P.A.**
Richards H. Ford, Esq.
Florida Bar No. 0288391
Patrick M. DeLong, Esq.
Florida Bar No. 0982415
390 N. Orange Ave., Suite 1000
Orlando, FL  32802
Telephone:  407/843-3939
407/649-8118 (fax)

*Attorneys for Defendants
Terrabrook Vista Lakes, L.P.,
Terrabrook Vista Lakes, GP,
L.L.C., and Newland Real Estate
Group, LLC f/k/a Newland
Communities, LLC*

By:  */s/ John A. Boudet*
     JOHN A. BOUDET

**ROETZEL & ANDRESS, LPA**
John A. Boudet, Esq.
Florida Bar No. 0515670
Shayne A. Thomas, Esq.
Florida Bar No. 0585025
420 S. Orange Ave., 7th Floor
Orlando, FL 32801
Telephone: 407/896-2224
407/835-3596 (fax)

***Attorneys for Defendant NRT the
Condo Store LLC d/b/a/ Coldwell
Banker the Condo Store***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system.

*/s/ Robert J. Robbins*
Robert J. Robbins
