NDIL (02/12) Notice of Correction

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Date: 3/6/2013      Case No.: 11cv8332

Case Title: City of Sterling Heights General Employees' Retirement System v. Hospira, Inc. et al      Judge: Amy J. St. Eve

## NOTICE OF CORRECTION

**One of the following errors/deficiencies has been identified in document # :** 107

- [X] The document is on the incorrect case.
  Note: If this is a motion, the docket clerk has termed the motion from the incorrect case.
- [ ] The document is on the correct case but the case number and title do not match.
- [ ] The incorrect document [pdf] was linked to the entry
- [ ] The incorrect file date was entered.
- [ ] The incorrect event was used. The title of the document does not match the text of the entry.
- [ ] The entry is a duplicate of entry [ ].

**Corrective action taken by the Clerk:**

- [ ] The text of the entry has been edited and the pdf replaced with a pdf that states "Entered in Error".
- [ ] The following notation has been added to the text of the entry (*Linked document has the incorrect case title or Linked document has the incorrect case number*.)
- [ ] The correct document [pdf] has been linked to the entry.
- [ ] The file date has been corrected.
- [X] The text of the entry has been edited.
- [ ] The text of the entry has been edited to read "Duplicate filing of document number [ ].
- [X] Other: Provide brief explanation. Customer called Help Desk and informed us that document 107 was erroneously filed. Docket text modified.

**Corrective action required by the filer:**

- [X] Counsel must re-file the document
- [ ] Other: Provide brief explanation.

Thomas G. Bruton, Clerk of Court

By: Travis Grammer

Deputy Clerk