UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HOSPIRA, INC., et al.,<br><br>　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:11-cv-08332-AJS<br>**(Consolidated)**<br><br>CLASS ACTION |

LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

925713_1

1. Lead Plaintiffs the Sheet Metal Workers' National Pension Fund, KBC Asset Management NV, the Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds, and the Roofers Local No. 149 Pension Fund hereby move the Court for entry of an Order: (1) preliminarily approving the Settlement Agreement dated March 27, 2014; (2) certifying the Class for settlement purposes; (3) approving the form and method for providing notice of the settlement to Class Members; and (4) scheduling a final Settlement Hearing.

2. This motion is based upon the Settlement Agreement and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Accordingly, Lead Plaintiffs request that the Court enter the Notice Order, a copy of which is attached hereto.

DATED: March 27, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART (*pro hac vice*)

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

- 1 -

925713_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
JACK REISE (*pro hac vice*)
JESSE S. JOHNSON (*pro hac vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
jreise@rgrdlaw.com
jjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com

MOTLEY RICE LLC
JOSEPH F. RICE
JAMES M. HUGHES
VINCENT I. PARRETT
BADGE HUMPHRIES
DAVID P. ABEL
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jrice@motleyrice.com
jhughes@motleyrice.com
vparrett@motleyrice.com
bhumphries@motleyrice.com
dabel@motleyrice.com

Co-Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2014.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

925713_1

## Mailing Information for a Case 1:11-cv-08332 City of Sterling Heights General Employees' Retirement System v. Hospira, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Edmund S Aronowitz**
  earonowitz@gelaw.com

- **Stephen R. Astley**
  sastley@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Katharine Crane Byrne**
  kbyrne@cooneyconway.com

- **Aaron Scott Chait**
  ac@wexlerwallace.com

- **Patrick M Crook**
  patrick.crook@kirkland.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com,mjsteven@pomlaw.com

- **Kara Anne Elgersma**
  kae@wexlerwallace.com

- **Mark Robert Filip**
  mark.filip@kirkland.com

- **Michael Jerry Freed**
  mfreed@fklmlaw.com,mkhamoo@fklmlaw.com

- **Lester Hooker**
  lhooker@saxenawhite.com

- **James M. Hughes**
  jhughes@motleyrice.com,kweil@pacernotice.com,bnorton@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Badge Humphries**
  bhumphries@motleyrice.com,dgreve@motleyrice.com

- **Jesse Johnson**
  jjohnson@rgrdlaw.com

- **Steven A Kanner**
  skanner@fklmlaw.com

- **Robert J. Kopecky**
  rkopecky@kirkland.com

- **Adam J. Levitt**
  alevitt@gelaw.com,skim@gelaw.com,jtangren@gelaw.com,earonowitz@gelaw.com,ajlevitt@yahoo.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian O O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joshua Z Rabinovitz**
  jrabinovitz@kirkland.com,kristine.bompadre@kirkland.com

- **Jack Reise**
  jreise@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Donald Lewis Sawyer**
  dsawyer@fklmlaw.com,mkhamoo@fklmlaw.com

- **Joshua B. Silverman**
  jbsilverman@pomlaw.com

- **Leigh Handelman Smollar**
  lsmollar@pomlaw.com

- **Sallie Gamble Smylie**
  ssmylie@kirkland.com,jennifer.miller@kirkland.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com

- **Edward Anthony Wallace**
  eaw@wexlerwallace.com,ecf@wexlerwallace.com

- **Kenneth A. Wexler**
  kaw@wexlerwallace.com,ecf@wexlerwallace.com

- **Joseph E. White , III**
  jwhite@saxenawhite.com,e-file@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)