UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HOSPIRA, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:11-cv-08332-AJS <br> **(Consolidated)** <br><br> CLASS ACTION |

LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS, AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFFS' EXPENSES PURSUANT TO 15 U.S.C. §78u-4(a)(4)

953795_1

Lead Plaintiffs, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court to enter orders and/or judgments: (1) granting final approval of the settlement in the above-captioned litigation; (2) approving the Plan of Distribution of settlement proceeds; and (3) awarding attorneys' fees and expenses to Lead Counsel and expenses to Lead Plaintiffs. This motion is based on the Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds, and the Memorandum of Points and Authorities in Support of Motion for an Award of Attorneys' Fees and Expenses and Lead Plaintiffs' Expenses Pursuant to 15 U.S.C. §78u-4(a)(4), the declarations submitted in support thereof, the Settlement Agreement dated March 27, 2014, all other pleadings and matters of record and such additional evidence or argument that may be presented at the hearing on this matter.

DATED: July 8, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART (*pro hac vice*)

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

- 1 -

953795_1

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
JACK REISE (*pro hac vice*)
JESSE S. JOHNSON (*pro hac vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
jreise@rgrdlaw.com
jjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com

MOTLEY RICE LLC
JOSEPH F. RICE
JAMES M. HUGHES
VINCENT I. PARRETT
BADGE HUMPHRIES
DAVID P. ABEL
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jrice@motleyrice.com
jhughes@motleyrice.com
vparrett@motleyrice.com
bhumphries@motleyrice.com
dabel@motleyrice.com

Co-Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 8, 2014.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  EllenG@rgrdlaw.com

# Mailing Information for a Case 1:11-cv-08332 City of Sterling Heights General Employees' Retirement System v. Hospira, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Edmund S Aronowitz**
  earonowitz@gelaw.com

- **Stephen R. Astley**
  sastley@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Katharine Crane Byrne**
  kbyrne@cooneyconway.com

- **Aaron Scott Chait**
  ac@wexlerwallace.com

- **Patrick M Crook**
  patrick.crook@kirkland.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com,mjsteven@pomlaw.com

- **Kara Anne Elgersma**
  kae@wexlerwallace.com

- **Mark Robert Filip**
  mark.filip@kirkland.com

- **Michael Jerry Freed**
  mfreed@fklmlaw.com,mkhamoo@fklmlaw.com

- **Lester Hooker**
  lhooker@saxenawhite.com

- **James M. Hughes**
  jhughes@motleyrice.com,kweil@pacernotice.com,bnorton@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Badge Humphries**
  bhumphries@motleyrice.com,dgreve@motleyrice.com

- **Jesse Johnson**
  jjohnson@rgrdlaw.com

- **Steven A Kanner**
  skanner@fklmlaw.com

- **Robert J. Kopecky**
  rkopecky@kirkland.com

- **Adam J. Levitt**
  alevitt@gelaw.com,skim@gelaw.com,jtangren@gelaw.com,earonowitz@gelaw.com,ajlevitt@yahoo.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian O O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joshua Z Rabinovitz**
  jrabinovitz@kirkland.com,kristine.bompadre@kirkland.com

- **Jack Reise**
  jreise@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Donald Lewis Sawyer**
  dsawyer@fklmlaw.com,mkhamoo@fklmlaw.com

- **Joshua B. Silverman**
  jbsilverman@pomlaw.com

- **Leigh Handelman Smollar**
  lsmollar@pomlaw.com

- **Sallie Gamble Smylie**
  ssmylie@kirkland.com,jennifer.miller@kirkland.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com

- **Edward Anthony Wallace**
  eaw@wexlerwallace.com,ecf@wexlerwallace.com

- **Kenneth A. Wexler**
  kaw@wexlerwallace.com,ecf@wexlerwallace.com

- **Joseph E. White , III**
  jwhite@saxenawhite.com,e-file@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)