UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

City of Sterling Heights General Employees' Retirement System, et al.

Plaintiff,

v.

Hospira, Inc., et al.

Defendant.

Case No.: 1:11−cv−08332
Honorable Amy J. St. Eve

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2014:

MINUTE entry before the Honorable Amy J. St. Eve: Fairness hearing held on 8/5/14. Motion for final approval of class action settlement and plan of distribution of settlement proceeds, and an award of attorneys' fees and expenses and lead plaintiffs' expenses [188] is granted. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.